# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

WAYNE AARON WALSH                                                                PLAINTIFF

V.                          4:16CV00738 KGB/JTR

HOT SPRING COUNTY DETENTION CENTER               DEFENDANT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

### I. Discussion

Plaintiff, Wayne Aaron Walsh, has filed a *pro se* § 1983 Complaint alleging that he is being subjected him to inhumane conditions of confinement at the Hot Spring County Detention Center. *Doc. 1*.

The federal venue statute provides that, in a case that is *not* based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or

"a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). All of the events giving rise to this action occurred in Hot Spring County. Furthermore, the *proper Defendants*, who are the individuals that personally participated in the alleged violations of Walsh's constitutional rights, almost certainly reside in the Hot Springs Division of the United States District Court for the Western District of Arkansas -- not the Eastern District of Arkansas.

The interest of justice will best be served by transferring this case to the Hot Springs Division of the United States District Court for the Western District of Arkansas. *See* 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

## II. Conclusion

IT IS THEREFORE RECOMMENDED that this case be IMMEDIATELY TRANSFERRED to the Hot Springs Division of the United States District Court for the Western District of Arkansas.

Dated this 6th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE