IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WAYNE AARON WALSH                                                                 PLAINTIFF

v.                      Case No. 4:16-cv-738 KGB/JTR

HOT SPRING COUNTY DETENTION CENTER                  DEFENDANT

### TRANSFER ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 2). The Recommended Disposition indicates that venue is not proper in this Court but would instead be proper in the Hot Springs Division of the United States District Court for the Western District of Arkansas (Dkt. No. 2, at 2). The Recommended Disposition indicates that the interest of justice would be best served by transferring this case to the Hot Springs Division of the United States District Court for the Western District of Arkansas. *See* 28 U.S.C. § 1406(a). After careful consideration, the Court determines that the Recommended Disposition should be, and hereby is, adopted as this Court's findings in all respects.

Also before the Court is plaintiff Wayne Aaron Walsh's motion for copies and notice of change of address (Dkt. No. 5). The Court grants the motion and directs the Clerk to transmit copies of the docket to Mr. Walsh at the address listed on the motion (Dkt. No. 5).

As a result of this Court's determinations, the Court directs the Clerk to transfer immediately the action to the Hot Springs Division of the United States District Court for the Western District of Arkansas.

It is so ordered this the 18th day of August, 2017.

                                                          _____
                                                          Kristine G. Baker
                                                          United States District Court